IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD SNYDER,<br><br>    Defendant. | 8:04CR338<br><br>ORDER |

This matter is before the Court on the government's Motion for Dismissal Without Prejudice of the Petition for Offender Under Supervision (Filing No. 109). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Motion for Dismissal Without Prejudice of the Petition for Offender Under Supervision (Filing No. 109) is granted; and

2. The Petition for Offender Under Supervision (Filing No. 94) against the defendant Richard Snyder is dismissed without prejudice.

Dated this 10th day of June 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge